TAYLOR *v.* THE STATE.

HILL, J.   Where, on the trial of one charged with murder, the evidence
tended to show that the homicide occurred " near West Green." and
where it does not appear that West Green is an incorporated town; and
where it further appears that the town of West Green is near the county
line of the county wherein the homicide is alleged to have been com-
mitted, the venue is not sufficiently proved to give the· court of the
county in which the case is tried jurisdiction of such case.   *Gosha* v.
*State, 56 Ga.* 36;  *Moye* v. *State, 65 Ga.* 754.

(*a*) The question of the venue not having been proved was expressly raised
in the motion for new trial.

(*b*) As a new trial is granted on the ground that the venue was not proved,
no opinion is expressed on the sufficiency of the evidence to authorize the
verdict.

*Judgment reversed.   All the Justices concur, except Gilbert, J., absent.*

No. 3233.   AUGUST 17, 1922.

Indictment for murder.   Before Judge Summerall.   Coffee su-
perior court.   May 6, 1922.

*Casey Thigpen, Levi O'Steen, Early W. Butler,* and *Clyde A.
Allen,* for plaintiff in error.

*George M. Napier, attorney-general, A. B. Spence, solicitor-gen-
eral, Seward M. Smith, assistant attorney-general,* and *McDonald &
Willingham,* contra.